IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| DARRYL L. BROWN, individually and on behalf of any and all similarly situated consumers<br><br>Plaintiffs<br><br>v.<br><br>NORTH SHORE AGENCY<br><br>Defendant | *<br>*<br>*<br>*<br>*  Civil Action No. 11-cv-1470<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Darryl L. Brown, and defendant, North Shore Agency, Inc, ("NSA"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against NSA with each side to bear its own fees and costs.

Dated, this 27 day of July, 2011.

_____
Darryl L. Brown, Pro Se.
P.O Box 1000
Cumberland, MD 21501

_____
Jonathan Claiborne, Esq.
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, MD 21202-1626
Telephone: (410) 347-9409
Counsel for Defendant,
North Shore Agency, Inc.

\\sfnfs02\prolawdocs\9380\9380-27912\Brown, Darryl L. (Pro Se)\493957.doc