IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| DARRYL L. BROWN, individually and on behalf of any and all similarly situated consumers | * * * * |
| Plaintiffs | * Civil Action No. 11-cv-1470 |
| v. | * * |
| NORTH SHORE AGENCY | * * * |
| Defendant | * * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Darryl L. Brown, and defendant, North Shore Agency, Inc, ("NSA"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against NSA with each side to bear its own fees and costs.

Dated, this 27 day of July, 2011.

_/s/ Darryl L. Brown_
Darryl L. Brown, Pro Se.
P.O Box 1000
Cumberland, MD 21501

_/s/ Jonathan Claiborne_
Jonathan Claiborne, Esq.
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, MD 21202-1626
Telephone: (410) 347-9409
Counsel for Defendant,
North Shore Agency, Inc.

\\sfinfs02\prolawdocs\9380\9380-27912\Brown, Darryl L. (Pro Se)\493957.doc

APPROVED THIS 3rd DAY OF August 2011
_Benson Everett Legg_
BENSON EVERETT LEGG, U S.D.J